UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KRISTEN RUBBICO-ROBINSON, :
:
      Plaintiff : No. 3:12-CV-00450
:
  vs. : (Judge Nealon)
:
CAROLYN W. COLVIN, ACTING :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
      Defendant :

FILED
SCRANTON

NOV 27 2013

PER _____
DEPUTY CLERK

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Kristen Rubbico-Robinson as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Kristen Rubbico-Robinson disability insurance benefits is **AFFIRMED**.

3. The Clerk of Court shall **CLOSE** this case.

                                                 */s/ William Nealon*
                                          **United States District Judge**

Dated: November 27, 2013